Will W. Pierson, Jr., Doing Business as "Pierson Dry Goods Company," Appellant, v. The United London and Scottish Insurance Company, Limited, Respondent.— Order reversed, with ten dollars costs and disbursements, motion denied, with ten dollars costs, and attachment reinstated on *Lambert* v. *Property Ins. Co., Ltd.* (145 App. Div. 913; 130 N. Y. Supp. 34).

Charles P. Notman and David H. E. Jones, Composing the Firm of J. W. Elwell & Company, Appellants, v. J. M. Guffey Petroleum Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Pearson Publishing Company, Appellant, v. Arthur MacArthur, Doing Business under the Firm Name and Style of C. L. MacArthur & Son, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Otto Obermayer, Appellant, v. Adolph Geering, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob J. Koehm, Respondent, v. The Standard Fire Insurance Company of New Jersey, Appellant.— Order affirmed, with ten dollars costs and disbursements. McLaughlin, J., dissenting.

Mary C. Graham-Rogers, Respondent, v. Charles T. Graham-Rogers, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Wallner, Respondent, v. Samuel Postman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of John J. O'Brien, Appellant, for a Peremptory Writ of Mandamus against Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Andrew Thoms, Appellant, v. Arthur McMullen, Respondent, Impleaded with Charles McDermott.— Order reversed, with ten dollars costs and disbursements, and motion granted so far as to allow plaintiff to serve amended reply. No opinion.

Louis J. Scaramelli, Appellant, v. Tomaso Moro and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Long Acre Electric Light and Power Company, Respondent, v. Jeremiah D. Maguire, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of E. Van Rensselaer Ketchum, as Executor, etc., of Angelica S. Ketchum, Deceased, Respondent, for a Writ of Mandamus against William A. Prendergast, as Comptroller of the City of New York, Appellant, Requiring the Payment of an Award Made by the Change of Grade Damage Commission.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George H. D. Foster, Appellant, v. John C. Wait, Respondent. (Nos. 1, 2 and 3.) — Orders affirmed, with ten dollars costs and disbursements. No opinion.

Otto Koehler and William H. Stayton, Respondents, v. Charles T. Wilson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles B. Warner and Joseph Warner, Copartners in Business under the Firm Name of C. B. & J. Warner, Respondents, v. John A. Nelson, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Simeon Cohen, an Infant, etc., by Simon H. Glass, as the Next Friend of Said Infant, Respondent, v. Rose Katz, Otherwise Called Rose Cohen, Appellant.— Order affirmed, without costs. No opinion.